IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN ALEXIS LOPEZ ORTIZ, | § § § | |
| *Petitioner*, | § § | |
| | § | No. 1:26-CV-01416-DAE |
| v. | § § | |
| BLANCHE, *et al.*, | § § | |
| *Respondents*. | § § | |

## ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Petitioner Jonathan Alexis Lopez Ortiz's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed on May 27, 2026. (Dkt. # 1.) The Government's response on June 1, 2026, indicated that Petitioner was scheduled for a merits hearing before an immigration judge on June 9, 2026. (Dkt. # 4 at 5.) In light of that representation, Petitioner is **ORDERED** to update the Court on the status of his immigration case, including whether the merits hearing occurred as scheduled, the outcome of that hearing if applicable, and whether Petitioner is subject to a final order of removal as a result of that hearing. Petitioner's response is due **on or before June 17, 2026**.

**IT IS SO ORDERED**.
**DATED**: Austin, Texas, June 10, 2026.

_____
David Alan Ezra
Senior United States District Judge