IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN ALEXIS LOPEZ ORTIZ, | § § § | |
| *Petitioner*, | § § | |
| | § | No. 1:26-CV-01416-DAE |
| v. | § § | |
| BLANCHE, *et al.*, | § § | |
| *Respondents*. | § | |

## ORDER FOR SUPPLEMENTAL BRIEFING FROM BOTH PARTIES

Before the Court is Petitioner Jonathan Alexis Lopez Ortiz's

("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed on

May 27, 2026.  (Dkt. # 1.)  The Government's response on June 1, 2026, indicated

that Petitioner was scheduled for a merits hearing before an immigration judge on

June 9, 2026.  (Dkt. # 4 at 5.)  Petitioner filed a supplemental memorandum as

ordered on June 12, 2026, in which he indicated that he was granted post-

conclusion voluntary departure under 8 U.S.C. § 1229c(b).  (Dkt. # 9.)  Petitioner's

supplemental brief reported that Petitioner reserved appeal, so his order of removal

was not yet final, but that the appeal period expired on the date of this Order.

Accordingly, Petitioner is **ORDERED** to file a status report indicating whether he

appealed, or whether he has a final order of removal against him.

Additionally, the circumstances of this case have changed significantly since its inception.  Assuming Petitioner is not subject to a final order of removal, it appears the appropriate detention authority may be 8 U.S.C. § 1229c.  Thus, Federal Respondents are **ORDERED** to file supplemental briefing indicating the authority under which they are currently detaining Petitioner.

If Federal Respondents' asserted detention authority has changed, it appears that Petitioner's Original Petition is only directed at his detention pursuant to § 1225.  Should Petitioner wish to challenge his detention under a separate detention authority, he may file an Amended Petition.

Both Parties' ordered supplemental briefings are due **on or before July 16, 2026**.

**IT IS SO ORDERED**.
**DATED**: Austin, Texas, July 9, 2026.

_____
David Alan Ezra
Senior United States District Judge