IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN ALEXIS LOPEZ ORTIZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-cv-01416-DAE |
| v. | § | |
| | § | |
| BLANCHE, *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

ORDER

Before the Court is the status of the above-captioned case. On August 31, 2026, the Court issued an Order lifting the stay of removal in light of representations by the Parties that Petitioner now has a final order of removal against him. (Dkt. # 17.) That Order additionally required Petitioner to file a status report on or before September 14, 2026, on the status of this matter and Petitioner's claims following the dissolution of the stay of removal. (Id.) To date, the Court has received no further updates, and has also since received an additional habeas petition filed by Petitioner, proceeding *pro se* in a separate case number, 1:26-cv-02452-DAE. Petitioner, through his counsel, is **ORDERED** to update the Court on the status of this matter, including but not limited to whether Petitioner intends to pursue habeas relief or whether he intends to voluntarily depart, and

whether Petitioner remains detained or has been removed following the dissolution of the stay of removal. Such response is due **on or before 12:00 p.m., noon, on Monday, September 28, 2026.**

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, September 23, 2026.

David A. Ezra
Senior United States District Judge