IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN ALEXIS LOPEZ ORTIZ, | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | No. 1:26-CV-01416-DAE |
| | § | |
| BLANCHE, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

## ORDER

Before the Court is Jonathan Alexis Lopez Ortiz's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition"). (Dkt. # 1.) On May 27, 2026, Petitioner brought this habeas claim, seeking release from detention. (Dkt. # 1.) On September 28, 2026, Petitioner filed a status report informing the Court that he no longer wishes to pursue habeas relief. (Dkt. # 19.) Accordingly, the Court will **DENY** the Petition **WITHOUT PREJUDICE**. (Dkt. # 1.) The Clerk is **DIRECTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 29, 2026.

David Alan Ezra
Senior United States District Judge